IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 06-16192-J

WILLIE CARL MILTON,
and Family,

Plaintiff-Appellant

versus

UNITED STATES OF AMERICA,
JUDGES,
United States District Court, Middle District of Florida,
RALPH W. NIMMONS, JR., et al,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a CONSENT FORM authorizing such payment from the appellant's prison account pursuant to 28 U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this 2nd day of March, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Hall
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 02, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 06-16192-J**
Case Style: Willie Carl Milton v. USA
District Court Number: 98-00926 CV-J-20

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

plradism (03-2004)